# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY

CASE NUMBER: 3-00-CR 125 EHJ


FILED
WESTERN DISTRICT OF KY
19 FEB -4 PM 4:41

UNITED STATES     **PLAINTIFF(S)**

v.

BENJAMIN WILLIAMSON     **DEFENDANT(S)**

**MOTION FOR** EXPUNGMENT
[state what you want the Court to do]

I, BENJAMIN WILLIAMSON, the ☐ plaintiff / ☒ defendant [check the appropriate box] in the above-named proceeding, respectfully move this Court to issue an order EXPUNGMENT
[state what you want the Court to do]

The reason(s) that I am entitled to the relief I seek is the following:

I was arrested on January 20, 2000 and have had ample time to realize the seriousness of my actions. After my conviction I came to the realization that my life had taken a turn that I was not proud of, and I made a promise to myself that I would make the changes necessary to ensure I would not be in that situation again. Throughout the nineteen years since my arrest, I have made dedicated efforts to improve my life and increase my involvement within the community. Following my release from jail, I began working as a Security Officer and was promoted to Operations Manager with Moore Security, and I have since held positions as a Carpenter and Scaffold Builder with companies such as Bechtel and CB&I. I am currently working as a General Foreman for Fluor and hope to continue advancing in my career. In addition to a loyal record of employment, I have demonstrated a dedication to my community by mentoring youth in carpentry crafts and serving as a Volunteer Assistant Coach for the local youth football team. It is my hope that I will impact these young men in a way that will encourage them to learn the value of hard work and make the best decisions in life.

General Motion Form
For Use By *Pro Se* Litigants
Rev. 4/13

My arrest made a significant impact on my life by motivating me to become an upstanding citizen of this community, and I feel that the charges made against me are no longer a reflection of the person I have become. Having this charge removed from my record will allow me to continue moving forward with both my personal and professional life as a valued member of society.

Thank you for the time you have taken to consider my request, and I hope that you will remove the charge from my record so that I may continue moving forward as a successful and law abiding citizen.

_____

_____

_____

_____

(You may use additional 8 1/2 x 11 paper if needed)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This _31_ day of _January_, 20_19_

Signed: _Benjamin Williamson_
[your signature]

Print your name: _BENJAMIN WILLIAMSON_

Address: _2066 Red Oak Rd_
_Barnwell S.C. 29812_

[For use if you are a prisoner:]

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on

_____.

Signed:_____
[your signature]

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above _____was served upon
                                              [name of document]

_____ by_____ at_____
[name of opposing party or counsel]      [mail or hand-delivery]            [address]

_____ on _____.
                                          [date]

Signed:_____
[your signature]

Benjamin Williamson
2066 Red Oak Rd
Barnwell S.C. 29812

COLUMBIA SC 290
31 JAN 2019 PM 1 L FOREVER
Barn Swallow

United States District Court
Western District of Kentucky
601 W Broadway
Louisville Ky 40202

19 FEB -4 PM 4:41
FILED
WESTERN DISTRICT OF KY

40202-224999