Case 3:00-cr-00125-DJH   Document 129   Filed 02/06/19   Page 1 of 1 PageID #: 8



# Case Assignment
# Criminal Recusal/Reassignment

Case number 3:00CR-125-DJH

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 2/5/2019 10:59:40 AM
Transaction ID: 16406

| Request New Judge | Return |
| --- | --- |