UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                             PLAINTIFF

vs.                                              CRIMINAL ACTION NO. 3:00CR125-DJH

BENJAMIN WILLIAMSON                                                  DEFENDANT

**ENTRY OF APPEARANCE**

    Assistant United States Attorney Jo E. Lawless hereby enters her appearance of record on behalf of the United States of America.

    Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

*/s/ Jo E. Lawless*
Jo E. Lawless
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 625-7065
(502) 582-5097 (Fax)